JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE BURNETT,<br><br>    Plaintiff,<br><br>  v.<br><br>RAYTHEON COMPANY SHORT TERM DISABILITY BASIC BENEFIT PLAN; RAYTHEON COMPANY DISABILITY PLAN,<br><br>    Defendants. | Case No. CV 09-1388-DMG (JWJx)<br><br>**JUDGMENT** |

  This matter having come before the Court for a bench trial on October 14, 2010 and this Court having filed its Findings of Fact and Conclusions of Law,

  IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiff Terrance Burnett is entitled to short-term disability benefits for the maximum 10-week period, from February 15, 2008 through April 25, 2008, plus interest on each disability benefit payment at the rate pursuant to 28 U.S.C. § 1961(a), commencing from the date each such disability benefit payment became due to date of judgment;

2. Plaintiff Terrance Burnett is entitled to long-term disability benefits from April 26, 2008 through, at least, July 1, 2008, plus interest on each disability

        benefit payment at the rate pursuant to 28 U.S.C. § 1961(a), commencing from the date each such disability benefit payment became due to date of judgment;

3.     Metropolitan Life Insurance Company shall open a case for Plaintiff's claim for long-term disability benefit payments for the period commencing July 2, 2008, allow Plaintiff an opportunity to provide medical information supporting his continuing disability, make a determination as to Plaintiff's continuing eligibility for long-term disability benefits for the period from July 2, 2008, and include interest on each disability benefit payment for which it is determined that Plaintiff is eligible, at the rate pursuant to 28 U.S.C. § 1961(a), commencing from the date each such disability benefit payment became due.

DATED:   April 14, 2011

                                                DOLLY M. GEE
                                  UNITED STATES DISTRICT JUDGE